■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL D. MICHAEL, Appellant.—Judgment unanimously affirmed. Memorandum: The court properly exercised its discretion in denying defendant's mistrial motions (CPL 280.10). We do not find that the passing allusions to driving while intoxicated as a felony were so prejudicial as to deprive defendant of a fair trial. The court found that the attorney's comment during voir dire was inadvertent. The police officer's reference to making out the felony complaint was a volunteered response during redirect examination and not one elicited by the prosecutor's question. There is sufficient evidence in the record to support all of the convictions. We find no basis for reversal or modification of the sentence. (Appeal from judgment of Onondaga County Court, Burke, J.—driving while intoxicated.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDWARD C. KOPCIOWSKI, Respondent.—Order unanimously affirmed. Memorandum: The indictment was properly dismissed as the People failed to show that any preindictment delay attributable to defendant impeded or prevented them from presenting the case to the Grand Jury *(see, People v Meierdiercks,* 111 AD2d 769; *People v Klaus,* 104 AD2d 566, 567-568; *People v McCaffery,* 78 AD2d 1003; *People v Thill,* 75 AD2d 709, 710, *revd on other grounds* 52 NY2d 1020, *on remand* 81 AD2d 754, *cert denied* 454 US 829). (Appeal from order of Supreme Court, Erie County, Doyle, J.—dismiss indictment.) Present—Hancock, Jr., J. P., Callahan, Denman, Boomer and Green, JJ.